IN THE _____ COURT OF DEKALB COUNTY
STATE OF GEORGIA

Plaintiff: Sloan Square

vs.

Defendant: Jessica Andrus

Civil Action No. 13D77464

## ANSWER

On 12/18/13 I was told by a leasing agent that they had not received rent since August 2013. They wanted $3,196 + late fees immediately. I was leaving for holiday vacation on 12/22/13. I thought it was a clerical error and would be easily resolved. I had an automatic Bill-pay set-up. I have asked my bank to look into the issue for any fraud. I feel as though the leasing office should have alerted me to any non-payment before 4 months had passed. If it turns out that (cont...)

**CERTIFICATE OF SERVICE**
I certify that I have this day served counsel for the opposing parties in the foregoing matter with a copy of this pleading by hand depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 1/9/14

Defendant / Attorney for Defendant

answer02-2006

Name: Jessica Andrus
Number: 5709  Street: Sloan Sq NE
City: Atlanta   State: GA   Zip: 30329
Phone No. (770) 354-6870  Home
Phone No. _____ Office

Defendant's Signature   1/9/14

page 1

IN THE _____ COURT OF DEKALB COUNTY
STATE OF GEORGIA

Sloan Square
Plaintiff

vs.

Civil Action No. 13D77464

Jessica Andrus
Defendant

## ANSWER

there was no clerical error with Sloan Square, then I will pay the past due. ~~However, I contacted~~ This is just alot of money in a short period of time.

**CERTIFICATE OF SERVICE**
I certify that I have this day served counsel for the opposing parties in the foregoing matter with a copy of this pleading by hand depositing in the United States Mail a copy of same in a properly addressed envelope with adequate postage thereon.

This 1/9/14

_____
Defendant / Attorney for Defendant

answer02-2006

Jessica Andrus
Name
5709 Sloan Square NE
Number            Street
Atlanta           GA       30329
City              State    Zip

Phone No. (770) 354-6870    Home

Phone No. _____    Office

_____ 1/19/14
Defendant's Signature

page 2