**IN THE UNITED STATES DISTRICT COURT
FOR THE NORTHERN DISTRICT OF GEORGIA
ATLANTA DIVISION**

| | |
|---|---|
| THE CONNOR GROUP, | : |
| Plaintiff, | : |
| v. | : CIVIL ACTION NO. |
| | : 1:14-CV-0194-RWS |
| JESSICA ANDRUS, | : |
| Defendant. | : |

## **ORDER**

This case is before the Court for consideration of the Final Report and Recommendation [2] of Magistrate Judge J. Clay Fuller. After reviewing the Report and Recommendation, it is received with approval and adopted as the Opinion and Order of this Court. Accordingly, this action is hereby **REMANDED** to the Magistrate Court of DeKalb County.

**SO ORDERED**, this  6th  day of March, 2014.

_____
RICHARD W. STORY
UNITED STATES DISTRICT JUDGE