# UNITED STATES DISTRICT COURT
## NORTHERN DISTRICT OF GEORGIA
2211 UNITED STATES COURTHOUSE
75 SPRING STREET, SW
ATLANTA, GEORGIA 30303-3361

**JAMES N. HATTEN**
DISTRICT COURT EXECUTIVE
AND CLERK OF COURT

DOCKETING SECTION
404-215-1655

March 6, 2014

Clerk of Court
Magistrate Court of DeKalb County, Georgia
DeKalb County Courthouse
556 N. McDonough Street, Suite 270
Decatur, Georgia 30030

Re: *The Connor Group v. Jessica Andrus*
Your Case Number: 13D77464
Our Case Number: 1:14-cv-194-RWS

Dear Clerk of Court:

Enclosed is a certified copy of an order entered by this court in the above-styled action remanding said action to your court. Please acknowledge receipt of this Order by returning the enclosed copy of this letter to this office.

Sincerely,

James N. Hatten
District Court Executive
 and Clerk of Court

By: s/Cynthia Mercado
    Deputy Clerk

Enclosure